AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**VICTOR CURTIS,**
      **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**BRIAN COOK, Warden**
      **Respondent.**

**CASE NO.  C2-08-289**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed April 30, 2008, JUDGMENT is hereby entered DISMISSING this action as untimely filed.**

Date: April 30, 2008                      JAMES BONINI, CLERK

                                        */S/ Andy F. Quisumbing*
                                        (By) Andy F. Quisumbing
                                        Courtroom Deputy Clerk